UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS KEANE STETLER,

        Petitioner,        Case No. 1:17-cv-230

v.        Honorable Paul L. Maloney

SHANNON WAGNER,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  April 13, 2017        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge