UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THOMAS KEANE STETLER,

        Petitioner,         Case No. 1:17-cv-230

v.        Honorable Paul L. Maloney

SHANNON WAGNER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:   April 13, 2017          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge